SEABOARD AIR LINE RAILWAY, A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF VIRGINIA AND NORTH CAROLINA, AND DOING BUSINESS IN THE STATE OF FLORIDA, *Plaintiff in Error,* v. J. S. BENNETT, *Defendant in Error.*

Where the transcript upon a writ of error fails to exhibit a final judgment in the record proper the writ of error will be dismissed by the appellate court upon its own motion.

This case was decided by Division B.

Writ of error to the Circuit Court for Bradford county.

The facts in the case are stated in the opinion of the court.

*Jno. A. Henderson* for plaintiff in error.

*A. V. Long* for defendant in error.

PER CURIAM.—This cause came on to be finally heard upon the transcript of the record and briefs for the respective parties, and the court having duly considered same, and it appearing from an inspection of the transcript that no final judgment is exhibited in and by the record proper, it is therefore considered by the court that the writ of error herein taken be and the same is dismissed at the cost of plaintiff in error. *Tunno v. International Ry. & Steamship Co.*, 34 Fla. 300, 16 South. Rep. 180.

CARTER, P. J., and MAXWELL and COCKRELL, JJ., concur.

TAYLOR, C. J., and HOCKER and SHACKLEFORD, JJ., concur in the opinion.